FILED

JUL 14 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | 1:22 CR 384 |
| GEROME RICHARDSON, | ) | CASE NO. |
| Defendant. | ) | Title 18, United States Code, Sections 922(g)(1), and 924(a)(2) |

JUDGE POLSTER

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about October 22, 2021, in the Northern District of Ohio, Eastern Division, Defendant, GEROME RICHARDSON knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Trafficking and Possession, in Case Number CR-15-601744-A, in the Cuyahoga County Common Pleas Court, on or about June 29, 2016; Possession and Trafficking, in Case Number CR-05-471871-B, in the Cuyahoga County Common Pleas Court, on or about February 10, 2006; and Trafficking, in Case Number CR-05-462383-B, in the Cuyahoga County Common Pleas Court, on or about February 10, 2006, knowingly possessed in and affecting interstate commerce a firearm, to wit: a H&K, Model P30SK, 9mm pistol, serial number 214-045617, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offenses, Defendant GEROME RICHARDSON, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violations charged in Count 1 including, but not limited to, the following: a H&K, Model P30SK, 9mm pistol, serial number 214-045617 and ammunition, seized on October 22, 2021.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.